**Order entered September 19, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00457-CV

**JACQUELINE SHELBY, TIMOTHY SHELBY AND/OR ALL OTHER OCCUPANTS 6108 LAKE VISTA DRIVE, DALLAS, TEXAS 75249, Appellants**

**V.**

**WELLS FARGO BANK, N.A., Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-19-01373-E**

## ORDER

Before the Court is appellants' September 17, 2019 unopposed motion for extension of time to file their brief. Appellants seek the extension in part due to an incomplete clerk's record and the parties' efforts to settle their dispute. We **GRANT** the motion as follows.

We **ORDER** Dallas County Clerk John F. Warren to file, no later than September 30, 2019, a supplemental clerk's record containing the additional items listed in appellants' September 16, 2019 designation, a copy of which is attached. We further **ORDER** appellants to file either their brief on the merits or a status report no later than October 30, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/    ERIN A. NOWELL
        JUSTICE